In the Matter of the Claim of EVA GIBBS, Respondent, against JOSEPH J. BALL, INC., Appellant, and GREAT AMERICAN INDEMNITY COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of JULIAN KNUDSTAD, Respondent, against EMIGRANT INDUSTRIAL SAVINGS BANK, Alleged Employer; THE TRAVELERS INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of Mrs. DELIA LANPHIER, Respondent, against AIR PREHEATER CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of FRANCES RIBAUDO, Respondent, against NATIONAL WORSTED MILLS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of EDWARD FOSTER, Respondent, against GILLINDER BROS., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; McNamee, J., votes to deny motion for reargument, but votes to grant the motion for leave to appeal to the Court of Appeals on the ground that inguinal hernia is not an occupational disease associated with the occupation of a glass-worker.

In the Matter of the Claim of VERONICA ROBBINS and Others, Respondents, against ENTERPRISE OIL CO., INC., and STATE INSURANCE FUND, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. The motions are denied on the further ground of failure to comply with rule 16 of the Rules of this Court. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of SOL TUBIS, an Incompetent, by SAMUEL TUBIS, Appellant, against H. WEADERHORN, INC., and FIREMAN'S FUND INDEMNITY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Hill, P. J., Rhodes, McNamee and Heffernan, JJ., concur; Bliss, J., dissents and votes to grant the motion.